IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01878-WYD-MJW

CELESTE C. GRYNBERG,

      Appellant,

v.

DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED
STATES DEPARTMENT OF THE INTERIOR;
THE BUREAU OF LAND MANAGEMENT, an Agency of the United States Department
of the Interior; and
INTERIOR BOARD OF LAND APPEALS,

      Appellees.

---

### ORDER OF DISMISSAL OF SECOND CLAIM WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on the Stipulated Notice of Dismissal of

Second Claim for Relief without Prejudice [# 14], filed February 27, 2007.  After careful

review of the file, the Court has concluded that the stipulated notice should be

approved and that Plaintiff's second claim against the Defendants should be

**DISMISSED WITHOUT PREJUDICE**.

      Dated:  February 27, 2007

                      BY THE COURT:


                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge