IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01878-WYD-MJW

CELESTE C. GRYNBERG,

Plaintiff(s),

v.

DIRK KEMPTHORNE, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate, DN 22, filed with the Court on July 23, 2007, is GRANTED.  The Settlement Conference set on July 30, 2007, at 10:00 a.m., is VACATED.  Counsel may reset a future settlement conference with the court upon motion.

Date:  July 26, 2007