IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01878-WYD-MJW

CELESTE C. GRYNBERG,

>       Appellant,

v.

DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED
STATES DEPARTMENT OF THE INTERIOR;
THE BUREAU OF LAND MANAGEMENT, an Agency of the United States Department
of the Interior; and
INTERIOR BOARD OF LAND APPEALS,

>       Appellees.

---

**SPECIAL ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

In accordance with Fed. R. Civ. P. 72, it is

ORDERED that this case is referred to Magistrate Judge Michael J. Watanabe

for the purpose of making a recommendation to the United States District Judge as to

Appellant's appeal from the entry of the Interior Board of Land Appeals' ("IBLA")

decision Number 2004-287, 169 IBLA 178, decided June 22, 2006.

Dated:  January 10, 2008

>                   BY THE COURT:


>                   s/ Wiley Y. Daniel
>                   Wiley Y. Daniel
>                   U. S. District Judge