IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01878-WYD-MJW

CELESTE C. GRYNBERG,

    Appellant,

v.

DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR;
THE BUREAU OF LAND MANAGEMENT, an Agency of the United States Department of the Interior; and
INTERIOR BOARD OF LAND APPEALS,

    Appellees.

---

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

---

    THIS MATTER is before the Court on the appeal brought by Appellant Celeste C. Grynberg. This matter was referred to Magistrate Judge Michael J. Watanabe for a recommendation by Special Order of Reference dated January 10, 2008. Magistrate Judge Watanabe issued a Recommendation on May 20, 2008, that the above referenced appeal be dismissed. (Recommendation at 8-9.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 9.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Watanabe is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced appeal should be dismissed. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Watanabe (docket #29) dated May 20, 2008, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that the BLM's decision to cancel the lease is **AFFIRMED**. It is

FURTHER ORDERED that this appeal is **DISMISSED**, each party to bear its own costs and attorneys' fees.

Dated: June 16, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge